**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: KNOX, DAVID § | Case No. 09-29261-JS |
| § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>DAVID GROCHOCINSKI, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of U.S. Bankruptcy Court
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 07/09/2010 in Courtroom 4016, United States Courthouse,
DuPage County Courthouse
505 N. County Farm Road
DuPage, IL  60187.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed:  06/03/2010            By:   /s/DAVID GROCHOCINSKI, TRUSTEE
                                                                                                       Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: KNOX, DAVID | § | Case No. 09-29261-JS |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 10,001.69 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 10,001.69 |

Claims of secured creditors will be paid as follows:

*Claimant*                                 *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | DAVID GROCHOCINSKI, TRUSTEE | $ 1,750.13 | $ |
| *Attorney for trustee* | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | $ 1,316.25 | $ 34.26 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Attorney for debtor | $ | $ |
| Attorney for | $ | $ |
| Accountant for | $ | $ |
| Appraiser for | $ | $ |
| Other | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number*    *Claimant*    *Allowed Amt. of Claim*    *Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 58,210.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.9 percent.

Timely allowed general (unsecured) claims are as follows:

*Claim Number*    *Claimant*    *Allowed Amt. of Claim*    *Proposed Payment*

**UST Form 101-7-NFR (9/1/2009)**

| # | Creditor | Amount | | Amount | |
|---|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ | 1,980.29 | $ | 234.76 |
| 2 | DISCOVER BANK | $ | 5,502.32 | $ | 652.28 |
| 3 | PYOD LLC its successors and assigns as assignee of Citibank | $ | 694.32 | $ | 82.31 |
| 4 | Chase Bank USA, N.A. | $ | 4,370.38 | $ | 518.09 |
| 5 | Chase Bank USA, N.A. | $ | 7,567.92 | $ | 897.14 |
| 6 | Chase Bank USA, N.A. | $ | 175.34 | $ | 20.79 |
| 7 | Chase Bank USA, N.A. | $ | 1,558.71 | $ | 184.78 |
| 8 | Chase Bank USA, N.A. | $ | 1,965.66 | $ | 233.02 |
| 9 | Chase Bank USA, N.A. | $ | 200.24 | $ | 23.74 |
| 10 | PYOD LLC its successors and assigns as assignee of Citibank | $ | 1,861.52 | $ | 220.68 |
| 11 | PYOD LLC its successors and assigns as assignee of Citibank | $ | 403.27 | $ | 47.81 |
| 12 | PYOD LLC its successors and assigns as assignee of Citibank | $ | 243.43 | $ | 28.86 |
| 13 | PYOD LLC its successors and assigns as assignee of Citibank | $ | 590.08 | $ | 69.95 |
| 14 | U.S. Bank N.A. | $ | 2,548.81 | $ | 302.15 |
| 15 | GE Money Bank dba SAM'S CLUB DISCOVER | $ | 3,230.00 | $ | 382.90 |
| 16 | GE Money Bank dba JCPENNEY CREDIT SERVICES | $ | 1,109.49 | $ | 131.53 |
| 17 | GE Money Bank dba MEIJER PLATINUM MC | $ | 5,629.14 | $ | 667.31 |
| 18 | GE Money Bank dba WAL-MART DISCOVER CARD | $ | 3,633.33 | $ | 430.72 |
| 19 | Fia Card Svcs, NA/Bank of America by American Infosource LP | $ | 7,590.59 | $ | 899.83 |
| 20 | Fia Card Svcs, NA/Bank of America by American Infosource LP | $ | 6,136.80 | $ | 727.49 |
| 21 | Fia Card SvcsNA/Bank of America by American Infosource LP | $ | 1,218.85 | $ | 144.49 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*
                              N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*
                              N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By:  /s/DAVID GROCHOCINSKI, TRUSTEE
                                      Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mgonzalez              Page 1 of 2                   Date Rcvd: Jun 04, 2010
Case: 09-29261                Form ID: pdf006              Total Noticed: 50


The following entities were noticed by first class mail on Jun 06, 2010.
db          +David E Knox,    5802 Charleston Ct.,    Hanover Park, IL 60133-5209
aty         +Ariane Holtschlag,    Grochocinski, Grochocinski & Lloyd, Ltd.,     1900 Ravinia Place,
              Orland Park, IL 60462-3760
aty         +David E Grochocinski,    Grochocinski & Grochocinski,     1900 Ravinia Place,
              Orland Park, IL 60462-3760
aty         +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,     1900 Ravinia Place,
              Orland Park, IL 60462-3760
aty         +Grochocinski Grochocinski & Lloyd Ltd,     1900 Ravinia Place,    Orland Park, IL 60462-3760
aty         +Kathleen McGuire,    Grochocinski, Grochocinski & Lloyd, Ltd,     1900 Ravinia Place,
              Orland Park, IL 60462-3760
aty         +Michael A Phelps,    Grochocinski, Grochocinski & Lloyd, Ltd.,     1900 Ravinia Place,
              Orland Park, IL 60462-3760
aty         +Richard F Doerr,    Steven H Mevorah & Associates,    134 North Bloomingdale Road,
              Bloomingdale, IL 60108-1017
tr          +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,     1900 Ravinia Place,
              Orland Park, IL 60462-3760
14294545    +Asphera Financial Services,    P.O. Box 9001065,    Louisville, KY 40290-1065
14294546    +Bank Of America,    P.O. Box 15019,    Wilmington, DE 19886-5019
14294547    +Bp Card Member Services,    P.O. Box 15325,    Wilmington, DE 19886-5325
14294548    +Capital One Bank,    P.O. Box 6492,    Carol Stream, IL 60197-6492
14294549    +Card Member Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
14294551    +Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
14294550    +Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19850-5153
14294552    +Chase,   P.O. Box 9001020,    Louisville, KY 40290-1020
15042873     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15139411    +Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,     P O Box 740933,
              Dallas, TX 75374-0933
14294553    +Chase Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
14294554    +Chase Home Finance,    P.O. Box 9001871,    Louisville, KY 40290-1871
14294555    +Citgo Processing Center,    Processing Center,    Des Moines, IA 50362-0001
14294557    +Home Depot Credit Services,    P.O. Box 6926,    The Lakes, NV 88901-6926
14294543    +Knox David E,    5802 Charleston Ct,    Hanover Park, IL 60133-5209
14294544    +Law Offices Of Steven H Mevorah,     & Associates,    134 North Bloomingdale Road,
              Bloomingdale, IL 60108-1017
14294560    +Macy’s,    P.O. Box 689195,    Des Moines, IA 50368-9195
15006839    +PYOD LLC its successors and assigns as assignee of,     Citibank,    c/o Resurgent Capital Services,
              PO Box 19008,    Greenville, SC 29602-9008
14294562    +RBS Card Services,    P.O. Box 42010,    Providence, RI 02940-2010
14294563    +Retail Services,    P.O. Box 17264,    Baltimore, MD 21297-1264
14294566    +Sears Credit Card,    P.O. Box 183081,    Columbus, OH 43218-3081
14294565    +Sears Credit Card,    P.O. Box 183082,    Columbus, OH 43218-3082
14294567    +Shell Processing Center,    P.O. Box 183018,    Columbus, OH 43218-3018
14294568    +Target National Bank,    P.O. Box 59317,    Minneapolis, MN 55459-0317
14294569    +The Room Place,    P.O. Box 659704,    San Antonio, TX 78265-9704
14294570    +Thomas Carrington,    5802 Charleston Court,    Hanover Park, IL 60133-5209
14294571   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   U.S. Bank,    P.O. Box 6352,    Fargo, ND  58125)
15379201   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   U.S. Bank N.A.,    P.O. Box 5229,    Cincinnati, OH 45201-5229)
14294572    +Wal-Mart Discover,    P.O. Box 960024,    Orlando, FL 32896-0024

The following entities were noticed by electronic transmission on Jun 04, 2010.
14985273      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 05 2010 00:05:26
              AMERICAN INFOSOURCE LP AS AGENT FOR,    TARGET,    PO Box 248866,    Oklahoma City, OK  73124-8866
14989005      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 05 2010 00:05:57        DISCOVER BANK,
              DFS Services LLC,    PO Box 3025,    New Albany, Ohio  43054-3025
14294556     +E-mail/PDF: mrdiscen@discoverfinancial.com Jun 05 2010 00:05:57        Discover Card,
              P.O. Box 6103,    Carol Stream, IL 60197-6103
15419835      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 05 2010 00:05:26
              Fia Card Services, NA/Bank of America,     by American Infosource Lp As Its Agent,    PO Box 248809,
              Oklahoma City, OK  73124-8809
14294561      E-mail/PDF: gecsedi@recoverycorp.com Jun 05 2010 00:17:25        GE Money Bank (Meijer Dual Card),
              c/o Recovery Management Systems Corp,     Attn: Ramesh Singh,    25 SE 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
15390651     +E-mail/PDF: gecsedi@recoverycorp.com Jun 05 2010 00:17:37
              GE Money Bank dba JCPENNEY CREDIT SERVICES,     Care of Recovery Management Systems Corp,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
15390653     +E-mail/PDF: gecsedi@recoverycorp.com Jun 05 2010 00:17:26
              GE Money Bank dba MEIJER PLATINUM MC,     Care of Recovery Management Systems Corp,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
15390650     +E-mail/PDF: gecsedi@recoverycorp.com Jun 05 2010 00:17:25
              GE Money Bank dba SAM’S CLUB DISCOVER,     Care of Recovery Management Systems Corp,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
15390654     +E-mail/PDF: gecsedi@recoverycorp.com Jun 05 2010 00:17:37
              GE Money Bank dba WAL-MART DISCOVER CARD,     Care of Recovery Management Systems Corp,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14294558     +E-mail/Text: ebnsterling@weltman.com                             Kay Jewelers,    P.O. Box 740425,
              Cincinnati, OH 45274-0425
14294559     +E-mail/PDF: cr-bankruptcy@kohls.com Jun 05 2010 00:10:22        Kohl’s Payment Center,
              P.O. Box 2983,    Milwaukee, WI 53201-2983
14294564     +E-mail/PDF: gecsedi@recoverycorp.com Jun 05 2010 00:17:37        Sam’s Club Discover,
              P.O. Box 960013,    Orlando, FL 32896-0013
                                                                                               TOTAL: 12
```

```
District/off: 0752-1          User: mgonzalez          Page 2 of 2          Date Rcvd: Jun 04, 2010
Case: 09-29261                Form ID: pdf006          Total Noticed: 50

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 06, 2010**                    **Signature:**    _Joseph Speetjens_