**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: KNOX, DAVID § Case No. 09-29261-JS
 §
 §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

DAVID GROCHOCINSKI, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $42,940.00 |
| Total Distribution to Claimants: $6,901.56 | Claims Discharged Without Payment: $51,308.93 |
| Total Expenses of Administration: $3,100.64 | |

3) Total gross receipts of $ 10,002.20 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,002.20 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,100.64 | 3,100.64 | 3,100.64 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 58,210.49 | 58,210.49 | 6,901.56 |
| **TOTAL DISBURSEMENTS** | $0.00 | $61,311.13 | $61,311.13 | $10,002.20 |

    4) This case was originally filed under Chapter 7 on August 10, 2009.
. The case was pending for 13 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/17/2010         By: /s/DAVID GROCHOCINSKI, TRUSTEE
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| NW MUTUAL LIFE INSURANCE POLICY | 1129-000 | 5,000.00 |
| PRUDENTIAL LIFE INSURANCE POLICY | 1124-000 | 5,000.00 |
| Interest Income | 1270-000 | 2.20 |
| **TOTAL GROSS RECEIPTS** | | **$10,002.20** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE | 2100-000 | N/A | 1,750.13 | 1,750.13 | 1,750.13 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 3110-000 | N/A | 1,316.25 | 1,316.25 | 1,316.25 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 3120-000 | N/A | 34.26 | 34.26 | 34.26 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,100.64 | 3,100.64 | 3,100.64 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | N/A | 1,980.29 | 1,980.29 | 234.79 |
| DISCOVER BANK | 7100-000 | N/A | 5,502.32 | 5,502.32 | 652.37 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 694.32 | 694.32 | 82.32 |
| Chase Bank USA, N.A. | 7100-000 | N/A | 4,370.38 | 4,370.38 | 518.16 |
| Chase Bank USA, N.A. | 7100-000 | N/A | 7,567.92 | 7,567.92 | 897.27 |
| Chase Bank USA, N.A. | 7100-000 | N/A | 175.34 | 175.34 | 20.79 |
| Chase Bank USA, N.A. | 7100-000 | N/A | 1,558.71 | 1,558.71 | 184.80 |
| Chase Bank USA, N.A. | 7100-000 | N/A | 1,965.66 | 1,965.66 | 233.05 |
| Chase Bank USA,N.A. | 7100-000 | N/A | 200.24 | 200.24 | 23.74 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 1,861.52 | 1,861.52 | 220.71 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 403.27 | 403.27 | 47.81 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 243.43 | 243.43 | 28.86 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 590.08 | 590.08 | 69.96 |
| U.S. Bank N.A. | 7100-000 | N/A | 2,548.81 | 2,548.81 | 302.19 |
| GE Money Bank dba SAM'S CLUB DISCOVER | 7100-000 | N/A | 3,230.00 | 3,230.00 | 382.96 |
| GE Money Bank dba JCPENNEY CREDIT SERVICES | 7100-000 | N/A | 1,109.49 | 1,109.49 | 131.54 |
| GE Money Bank dba MEIJER PLATINUM MC | 7100-000 | N/A | 5,629.14 | 5,629.14 | 667.40 |
| GE Money Bank dba WAL-MART DISCOVER CARD | 7100-000 | N/A | 3,633.33 | 3,633.33 | 430.78 |
| Fia Card Svcs, NA/Bank of America by American Infosource | 7100-000 | N/A | 7,590.59 | 7,590.59 | 899.96 |
| Fia Card Svcs, NA/Bank of America by American Infosource | 7100-000 | N/A | 6,136.80 | 6,136.80 | 727.59 |
| Fia Card SvcsNA/Bank of America by American Infosource | 7100-000 | N/A | 1,218.85 | 1,218.85 | 144.51 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 0.00 | 58,210.49 | 58,210.49 | 6,901.56 |

**UST Form 101-7-TDR (9/1/2009)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-29261-JS  
**Case Name:** KNOX, DAVID  
**Trustee:** (520067) DAVID GROCHOCINSKI, TRUSTEE  
**Filed (f) or Converted (c):** 08/10/09 (f)  
**§341(a) Meeting Date:** 09/15/09  
**Period Ending:** 08/17/10  
**Claims Bar Date:** 04/19/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 5802 CHARLESTON COURT, HANOVER PARK, IL | 238,000.00 | 0.00 | | 0.00 | FA |
| 2 | CASH | 40.00 | 0.00 | | 0.00 | FA |
| 3 | CHECKING | 300.00 | 0.00 | | 0.00 | FA |
| 4 | HOUSEHOLD GOODS | 1,800.00 | 0.00 | | 0.00 | FA |
| 5 | CD & RECORD | 200.00 | 0.00 | | 0.00 | FA |
| 6 | CLOTHING | 200.00 | 0.00 | | 0.00 | FA |
| 7 | JEWELRY | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | NW MUTUAL LIFE INSURANCE POLICY | 12,000.00 | 0.00 | | 5,000.00 | FA |
| 9 | PRUDENTIAL LIFE INSURANCE POLICY | 10,000.00 | 0.00 | | 5,000.00 | FA |
| 10 | 2007 KIA RONDO | 13,838.90 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2.20 | FA |
| 11 | Assets Totals (Excluding unknown values) | $277,378.90 | $0.00 | | $10,002.20 | $0.00 |

**Major Activities Affecting Case Closing:**

NEGOTIATIONS REGARDING TURNOVER OF INSURANCE/CASH VALUE; OBJECTION TO EXEMPTION DATE EXTENDED

**Initial Projected Date Of Final Report (TFR):** December 30, 2011  **Current Projected Date Of Final Report (TFR):** June 3, 2010 (Actual)

Printed: 08/17/2010 09:39 AM  V.12.52

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-29261-JS  
**Case Name:** KNOX, DAVID  
**Taxpayer ID #:** **-***6712  
**Period Ending:** 08/17/10

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****38-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 01/25/10 | | DAVID KNOX | SETTLEMENT PAYMENT | | 10,000.00 | | 10,000.00 |
| | {8} | | | 5,000.00 | 1129-000 | | 10,000.00 |
| | {9} | | | 5,000.00 | 1124-000 | | 10,000.00 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.05 | | 10,000.05 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.38 | | 10,000.43 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | | 1270-000 | 0.44 | | 10,000.87 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.06 | | 10,000.93 |
| 04/06/10 | | Wire out to BNYM account 9200******3865 | Wire out to BNYM account 9200******3865 | 9999-000 | -10,000.93 | | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -10,000.93 | 0.00 | |
| **Subtotal** | 10,000.93 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$10,000.93** | **$0.00** | |

{} Asset reference(s)  

Printed: 08/17/2010 09:39 AM   V.12.52

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 09-29261-JS  
**Case Name:** KNOX, DAVID  
**Taxpayer ID #:** **-***6712  
**Period Ending:** 08/17/10  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****38-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 08/17/2010 09:39 AM    V.12.52

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

| **Case Number:** | 09-29261-JS | | **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| **Case Name:** | KNOX, DAVID | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******38-65 - Money Market Account |
| **Taxpayer ID #:** | **-***6712 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 08/17/10 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********3865 | Wire in from JPMorgan Chase Bank, N.A. account ********3865 | 9999-000 | 10,000.93 | | 10,000.93 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0500% | 1270-000 | 0.34 | | 10,001.27 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0500% | 1270-000 | 0.42 | | 10,001.69 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0500% | 1270-000 | 0.41 | | 10,002.10 |
| 07/08/10 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0500% | 1270-000 | 0.10 | | 10,002.20 |
| 07/08/10 | | To Account #9200******3866 | TRANSFER FUND TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 10,002.20 | 0.00 |

|  | ACCOUNT TOTALS | 10,002.20 | 10,002.20 | $0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers | 10,000.93 | 10,002.20 | |
|  | **Subtotal** | **1.27** | **0.00** | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | **NET Receipts / Disbursements** | **$1.27** | **$0.00** | |

{} Asset reference(s)

Printed: 08/17/2010 09:39 AM    V.12.52

Exhibit 9

# FORM 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 09-29261-JS | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|
| Case Name: | KNOX, DAVID | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******38-66 - Checking Account |
| Taxpayer ID #: | **-***6712 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/17/10 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/08/10 | | From Account #9200******3865 | TRANSFER FUND TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 10,002.20 | | 10,002.20 |
| 07/15/10 | 10101 | DAVID GROCHOCINSKI, TRUSTEE | Dividend paid 100.00% on $1,750.13, Trustee Compensation; Reference: | 2100-000 | | 1,750.13 | 8,252.07 |
| 07/15/10 | 10102 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $1,316.25, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,316.25 | 6,935.82 |
| 07/15/10 | 10103 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $34.26, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 34.26 | 6,901.56 |
| 07/15/10 | 10104 | AMERICAN INFOSOURCE LP AS AGENT FOR | Dividend paid 11.85% on $1,980.29; Claim# 1; Filed: $1,980.29; Reference: | 7100-000 | | 234.79 | 6,666.77 |
| 07/15/10 | 10105 | DISCOVER BANK | Dividend paid 11.85% on $5,502.32; Claim# 2; Filed: $5,502.32; Reference: | 7100-000 | | 652.37 | 6,014.40 |
| 07/15/10 | 10106 | PYOD LLC its successors and assigns as assignee of Citibank | Dividend paid 11.85% on $694.32; Claim# 3; Filed: $694.32; Reference: | 7100-000 | | 82.32 | 5,932.08 |
| 07/15/10 | 10107 | Chase Bank USA, N.A. | Dividend paid 11.85% on $4,370.38; Claim# 4; Filed: $4,370.38; Reference: | 7100-000 | | 518.16 | 5,413.92 |
| 07/15/10 | 10108 | Chase Bank USA, N.A. | Dividend paid 11.85% on $7,567.92; Claim# 5; Filed: $7,567.92; Reference: | 7100-000 | | 897.27 | 4,516.65 |
| 07/15/10 | 10109 | Chase Bank USA, N.A. | Dividend paid 11.85% on $175.34; Claim# 6; Filed: $175.34; Reference: | 7100-000 | | 20.79 | 4,495.86 |
| 07/15/10 | 10110 | Chase Bank USA, N.A. | Dividend paid 11.85% on $1,558.71; Claim# 7; Filed: $1,558.71; Reference: | 7100-000 | | 184.80 | 4,311.06 |
| 07/15/10 | 10111 | Chase Bank USA, N.A. | Dividend paid 11.85% on $1,965.66; Claim# 8; Filed: $1,965.66; Reference: | 7100-000 | | 233.05 | 4,078.01 |
| 07/15/10 | 10112 | Chase Bank USA,N.A. | Dividend paid 11.85% on $200.24; Claim# 9; Filed: $200.24; Reference: | 7100-000 | | 23.74 | 4,054.27 |
| 07/15/10 | 10113 | PYOD LLC its successors and assigns as assignee of Citibank | Dividend paid 11.85% on $1,861.52; Claim# 10; Filed: $1,861.52; Reference: | 7100-000 | | 220.71 | 3,833.56 |
| 07/15/10 | 10114 | PYOD LLC its successors and assigns as assignee of Citibank | Dividend paid 11.85% on $403.27; Claim# 11; Filed: $403.27; Reference: | 7100-000 | | 47.81 | 3,785.75 |
| 07/15/10 | 10115 | PYOD LLC its successors and assigns as assignee of Citibank | Dividend paid 11.85% on $243.43; Claim# 12; Filed: $243.43; Reference: | 7100-000 | | 28.86 | 3,756.89 |
| 07/15/10 | 10116 | PYOD LLC its successors and assigns as assignee of Citibank | Dividend paid 11.85% on $590.08; Claim# 13; Filed: $590.08; Reference: | 7100-000 | | 69.96 | 3,686.93 |
| 07/15/10 | 10117 | U.S. Bank N.A. | Dividend paid 11.85% on $2,548.81; Claim# 14; Filed: $2,548.81; Reference: | 7100-000 | | 302.19 | 3,384.74 |
| 07/15/10 | 10118 | GE Money Bank dba SAM'S CLUB DISCOVER | Dividend paid 11.85% on $3,230.00; Claim# 15; Filed: $3,230.00; Reference: | 7100-000 | | 382.96 | 3,001.78 |
| 07/15/10 | 10119 | GE Money Bank dba JCPENNEY | Dividend paid 11.85% on $1,109.49; Claim# | 7100-000 | | 131.54 | 2,870.24 |

Subtotals : $10,002.20  $7,131.96

{} Asset reference(s)

Printed: 08/17/2010 09:39 AM   V.12.52

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 09-29261-JS | | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|---|
| Case Name: | KNOX, DAVID | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******38-66 - Checking Account |
| Taxpayer ID #: | **-***6712 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/17/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | CREDIT SERVICES | 16; Filed: $1,109.49; Reference: | | | | |
| 07/15/10 | 10120 | GE Money Bank dba MEIJER PLATINUM MC | Dividend paid 11.85% on $5,629.14; Claim# 17; Filed: $5,629.14; Reference: | 7100-000 | | 667.40 | 2,202.84 |
| 07/15/10 | 10121 | GE Money Bank dba WAL-MART DISCOVER CARD | Dividend paid 11.85% on $3,633.33; Claim# 18; Filed: $3,633.33; Reference: | 7100-000 | | 430.78 | 1,772.06 |
| 07/15/10 | 10122 | Fia Card Svcs, NA/Bank of America by American Infosource LP | Dividend paid 11.85% on $7,590.59; Claim# 19; Filed: $7,590.59; Reference: | 7100-000 | | 899.96 | 872.10 |
| 07/15/10 | 10123 | Fia Card Svcs, NA/Bank of America by American Infosource LP | Dividend paid 11.85% on $6,136.80; Claim# 20; Filed: $6,136.80; Reference: | 7100-000 | | 727.59 | 144.51 |
| 07/15/10 | 10124 | Fia Card SvcsNA/Bank of America by American Infosource LP | Dividend paid 11.85% on $1,218.85; Claim# 21; Filed: $1,218.85; Reference: | 7100-000 | | 144.51 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 10,002.20 | 10,002.20 | $0.00 |
| Less: Bank Transfers | 10,002.20 | 0.00 | |
| Subtotal | 0.00 | 10,002.20 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $10,002.20 | |

| Net Receipts : | 10,002.20 |
|---|---|
| Net Estate : | $10,002.20 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****38-65 | 10,000.93 | 0.00 | 0.00 |
| Checking # ***-*****38-66 | 0.00 | 0.00 | 0.00 |
| MMA # 9200-******38-65 | 1.27 | 0.00 | 0.00 |
| Checking # 9200-******38-66 | 0.00 | 10,002.20 | 0.00 |
| | $10,002.20 | $10,002.20 | $0.00 |

{} Asset reference(s)

Printed: 08/17/2010 09:39 AM    V.12.52